UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TIME WARNER CABLE OF NEW YORK CITY,
a division of Time Warner Entertainment Co., L.P.,   98 Civ. 3083 (FB)(RLM)

                   Plaintiff,   **JUDGMENT
(STEPHEN KIRSCHENBAUM)**

- against -

CHARLES KELLY, et al.

                   Defendants.
-----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. ░░░░░░░░░ E.D.N.Y.
★ SEP 15 2005 ★
BROOKLYN OFFICE

An Order of the Honorable Frederic Block, United States District Judge, having been executed on April 12, 2001; with no objections having been filed; adopting the December 26, 2000, Report and Recommendation of the Honorable Roanne L. Mann, United States Magistrate Judge, entering Judgment against defendant Stephen Kirschenbaum in the amount of $7,611.40, comprised of $6,700.00 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $961.40 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii); it is hereby

ORDERED and ADJUDGED that the December 26, 2000, Report and Recommendation of the Honorable Roanne L. Mann, United States Magistrate Judge, be adopted; and that judgment is entered in favor of the plaintiff, Time Warner Cable of New York City, against defendant Stephen Kirschenbaum in the amount of $7,611.40, comprised of $6,700.00 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $961.40 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii).

Dated: Brooklyn, New York
       9/14/05, 2005

                                                           _____
                                                           Robert C. Heinemann USDJ
                                                           Clerk of the Court